**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14162-MC-CANNON/Maynard**

**WENDY'S NETHERLANDS B.V.,**

      Plaintiff,

v.

**HEATHER LEVY**,

      Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Magistrate Judge Maynard's Report and Recommendation (the "Report"), issued on May 27, 2026 [ECF No. 18]. The Report recommends an order granting in part and denying in part the following three motions: Movant's Expedited Motion to Compel Heather Levy's Compliance with Subpoena [ECF No. 1], Respondent's Motion for Protective Order as to Heather Levy [ECF No. 11], and Respondent's Motion for Protective Order as to the Berkowitz Subpoena [ECF No. 12]. The Report also recommends various limitations, instructions, and protections associated with the resolution of each of these Motions. No party filed objections to the Report within the deadline provided, and the time to do so has expired. Upon review of the Report and the underlying motions, the well-reasoned Report [ECF No. 18] is **ACCEPTED**, and the motions are **GRANTED IN PART AND DENIED IN PART** in accordance with the Report.

\*\*\*

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation

to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc*., 208 F. App'x 781, 784 (11th Cir. 2006).  A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record.  *Macort*, 208 F. App'x at 784.

***

Following review, the Court finds no clear error in the Report.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 18] is **ACCEPTED**.

2. Movant's Expedited Motion to Compel Compliance with Subpoena [ECF No. 1] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report and consistent with the limitations set forth therein.

3. Respondent Heather Levy shall produce nonprivileged responsive documents limited to the categories and temporal scope identified in the Report.

4. Respondent Heather Levy may withhold confidential marital communications protected under the applicable marital-communications privilege but shall produce a privilege log for any documents withheld on the basis of asserted privilege.

5. Respondent's Motion for Protective Order as to Heather Levy [ECF No. 11] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report and consistent with the limitations, instructions, and protections set forth therein.

CASE NO. 26-14162-MC-CANNON/Maynard

6. Respondent's Motion for Protective Order as to the Berkowitz Subpoena [ECF No. 12] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report and consistent with the limitations, instructions, and protections set forth therein, and subject to Respondent Heather Levy executing a narrowly tailored consent authorization as set forth in the Report.

7. If necessary, the parties may file a motion for entry of a confidentiality order, following conferral.

**ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of June 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

3